FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN (LITTLE ROCK) DIVISION

Dr. JULIUS J. LARRY III                                                                 PLAINTIFF

VS.                                          NO. 4:18-CV-116-KGB

STATE OF ARKANSAS;
HONORABLE ASA HUTCHINSON,
In his Official Capacity as Governor
of the State of Arkansas; HONORABLE
LESLIE RUTLEDGE, in her Official
Capacity as Attorney General of the
State of Arkansas; HONORABLE
MARK MARTIN, in his official capacity
as Arkansas Secretary of State                                                     DEFENDANTS

### DEFENDANT ARKANSAS SECRETARY OF STATE
### MARK MARTIN'S MEMORANDUM BRIEF CONCERNING
### THREE-JUDGE PANEL

Comes now Defendant Secretary of State, Honorable Mark Martin, in response to this

Court's Order concerning Plaintiff's request for a Three-Judge Panel, and states:

The Court has limited scope to deny a three-judge panel. *Shapiro v. McManus*, 136 S.Ct.

450, 454-456 (2015) (construing 28 U.S.C. § 2284). A three-judge court is not required to

dismiss a case for lack of subject-matter jurisdiction. *Id.*, *citing Gonzalez v. Automatic*

*Employees Credit Union*, 419 U.S. 90 (1974). However, a three-judge court is required to

dismiss a case for failure to state a claim. *Shapiro, id., 455-56.*

1

Defendant Secretary has filed a Motion to Dismiss based on lack of subject matter jurisdiction for which a three-judge court is not required. Defendant Secretary has included in his Motion to Dismiss a request to dismiss for failure to state a claim against Defendant Secretary, for which a three-judge court is required. *Shapiro*, *id.*

**WHEREFORE**, and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity,prays that the Court deny Plaintiff any of the relief requested against Defendant Secretary; that the Court dismiss Plaintiff's Complaint against Defendant Secretary of State; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances

Respectfully submitted this 2nd day of March, 2018.

**HONORABLE MARK MARTIN**
**ARKANSAS SECRETARY OF STATE**
In his Official Capacity, **Defendant**

By: _____
A.J. Kelly
General Counsel and
Deputy Secretary of State
PO Box 251570
Little Rock, AR  72225-1570
(501) 682-3401
Fax: (501) 682-1213
kellylawfedecf@aol.com

*Attorney for Defendant*
*Arkansas Secretary of State*

2

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of March, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF) to the Arkansas Attorney General, and to the Assistant Attorney General who has appeared, and via first class mail to the following:

Dr. Julius J. Larry III
2615 W.12th Street
Little Rock, AR 72202

_____
AJ Kelly