

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 4 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF ARKANSAS
### WESTERN (LITTLE ROCK) DIVISION

**Dr. JULIUS J. LARRY III**                                                    **PLAINTIFF**

**VS.**                                        **NO. 4:18-CV-116-KGB**

**STATE OF ARKANSAS;**
**HONORABLE ASA HUTCHINSON,**
**In his Official Capacity as Governor**
**of the State of Arkansas; HONORABLE**
**LESLIE RUTLEDGE, in her Official**
**Capacity as Attorney General of the**
**State of Arkansas; HONORABLE**
**MARK MARTIN, in his official capacity**
**as Arkansas Secretary of State**                          **DEFENDANTS**

### DEFENDANT ARKANSAS SECRETARY OF STATE'S
### REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**COMES NOW**, Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his

official capacity as Arkansas Secretary of State, and for his Reply in support of his Motion to

Dismiss, states that:

1. Dismissal of the case is proper for lack of subject matter jurisdiction over Defendant

   Secretary, in any capacity.

2. A Plaintiff must live in the district that is the primary focus of their racial

   gerrymandering claim. *United States v. Hays*, 515 U.S. 737, 745 (1995); see *Caucus

   v. Alabama*, 575 U.S. __, 135 S.Ct. 1257 (2015).

3. Defendant Secretary asks the Court to dismiss the Complaint for lack of subject matter jurisdiction, to dismiss Defendant Secretary from the Complaint, to deny Plaintiff the relief he seeks, and to grant Defendant such additional relief to which he may be entitled to under the circumstances.

**WHEREFORE**, and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that the Court deny Plaintiff any of the relief requested against Defendant Secretary; that the Court dismiss Plaintiff's Complaint against Defendant Secretary of State; that the Court deny Plaintiff's requests for declaratory, preliminary, and injunctive relief; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances

Respectfully submitted this 14th day of March, 2018.

HONORABLE MARK MARTIN
ARKANSAS SECRETARY OF STATE
In his Official Capacity, Defendant


By: /s/ AJ Kelly_____
A.J. Kelly
General Counsel and
Deputy Secretary of State
AB No. 92078
PO Box 251570
Little Rock, AR  72225-1570
(501) 682-3401
Fax: (501) 682-1213
kellylawfedecf@aol.com


By:_____
Michael Fincher
Associate General Counsel

SOS Reply to Dismiss 2

Arkansas Secretary of State
AB No. 2016037
500 Woodlane St., Ste 256
Little Rock, AR  72201
(501) 682-3401
Fax: (501) 682-1213

*Attorneys for Defendant*
*Arkansas Secretary of State*


## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of March, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF) to the Attorney General and the Assistant Attorney General who has entered his appearance, and via first class mail to the following:

Dr. Julius J. Larry III
2615 W.12th Street
Little Rock, AR 72202


Michael Fincher