IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN (Little Rock) DIVISION

DR. JULIUS J. LARRY III, Individually §
And in his Official Capacity as Publisher –
The Little Rock Sun Community         §
Newspaper; MARTHA DIXON;
DOROTHY JEFFERSON, Individually on §
 behalf of all Other Similarly-situated
African Americans Residing in the First   §
 And Second Congressional Districts of
The State of Arkansas

                                          §

PLAINTIFFS,

                                          §

VS.                                       §          CASE NUMBER 4:18-cv-00116 KGB

                                          §

STATE OF ARKANSAS;  ASA
HUTCHINSON, in his Official
Capacity as Governor of the State of      §
Arkansas; LESLIE RUTLEDGE, in
her Official Capacity as Attorney         §
General of the State of Arkansas; MARK
MARTIN, in his Official Capacity as       §
Arkansas Secretary of State and the
Arkansas Legislature, in their Official
Capacities                                §

DEFENDANTS.


**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR THREE JUDGE PANEL TO CHALLENGE UNCONSTITUTIONALITY OF APPORTIONMENT OF SECOND CONGRESSIONAL DISTRICT OF ARKANSAS PURSUANT TO 28 U.S.C. §2284 et seq.**

1

**TO THE HONORABLE COURT**:

Comes Now, Plaintiff, Dr. Julius J. Larry III, individually and in his official capacity as Publisher of the Little Rock Sun Community; Martha Dixon, and Dorothy Jefferson, individually and on behalf of all other similarly situated African Americans residing in the First and Second Congressional Districts of Arkansas as presently drawn, and files this their Supplemental Request for a Three Judge Panel to challenge the unconstitutional apportionment of the Second Congressional District along with the First Congressional District, as follows:

1. On February 9, 2018, Plaintiff, Dr. Julius J. Larry III presented the Plaintiffs' original Request for Three Judge Panel to the Chief District Judge Brian S. Miller in open court pursuant to 28 U.S.C. §2284, and the same is hereby incorporated by reference as if fully set out herein verbatim. Now, Plaintiffs, individually and on behalf of all other similarly situated African Americans of voting age residing in Congressional District 2, file this Supplemental Request for Three Judge Panel challenging the unconstitutionality of the apportionment of the Second Congressional District that has diluted the votes of African Americans for years.

2. Table 2 – Second Congressional District Results – 2010  below shows racial gerrymandering on its face. This is the same 2010 congressional election involving State Senator Joyce Elliott, who is referenced in the original Request for Three Judge Panel.

2

**TABLE  2**

## U.S. Congressional District 2--- 2010





Joyce Elliott    (D)



Tim Griffin  ( R)

| COUNTY | WINNER | Plaintiffs' Preferred Candidate | Percent Voting For Preferred Candidate | Votes Cast For Preferred Candidate | Percent Black Population |
|---|---|---|---|---|---|
| Conway | Republican | Democrat | 38 | 2,318 | 11.2 |
| Faulkner | Republican | Democrat | 30 | 7,849 | 10.2 |
| Perry | Republican | Democrat | 28 | 1,957 | 1.9 |
| Pulaski*** | Democrat | Democrat | 49 | 52,543 | 35 |
| Saline | Republican | Democrat | 24 | 8,301 | 4.7 |
| Van Buren | Republican | Democrat | 29 | 1,587 | 0.4 |

| White | Republican | Democrat | 23 | 4.468 | 4.0 |
|-------|-----------|----------|-----|-------|-----|
| Yell  | Republican | Democrat | 28 | 1,274 | 1.4 |

3. The Second Congressional District is prima facie evidence of Black vote dilution. Pulaski County must be combined with Jefferson County in order to form a majority-minority district along with the counties in the lower Arkansas Delta.   Under the present congressional districting map, no African American will ever be elected to Congress.

WHEREFORE, Plaintiffs respectfully requests the Court to refer this Supplemental Request for Three Judge Panel along with the original Request for Three Judge Panel, to the Chief Judge of the Eighth Circuit, in accordance with 28 U.S.C §2284(b)1, and for such other relief, at law and in equity, such that Justice is served.

Respectfully submitted,

JULIUS J. LARRY III
2615 W. 12ᵗʰ St
Little Rock, Arkansas 72202
832-384-6908

4