**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**DR. JULIUS J. LARRY, III**                                                             **PLAINTIFF**

**v.**                  **CASE NO. 4:18-cv-116-KGB**

**STATE OF ARKANSAS,** *et al*                                               **DEFENDANTS**

## MOTION TO SUBSTITUTE COUNSEL

COME Now Defendants State of Arkansas, Asa Hutchison in his official capacity as the Governor of the State of Arkansas, Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas, and Jeremy Gillam in his official capacity as a member of the House of Representatives for the State of Arkansas (collectively, "Defendants"), by and through Assistant Attorney General Vincent P. France, and for their Motion to Substitute Counsel state as follows:

1. Assistant Attorney General Brett Taylor is leaving his employment with the Office of the Attorney General.

2. Mr. Taylor has transferred possession of his entire file in this matter to the undersigned and appropriate steps have been taken to avoid the risk of prejudice and delay.

3. This case has been re-assigned to Assistant Attorney General Vincent P. France, who represents the Defendants and should be substituted as counsel of record.

4. Thus, Defendants request that Court and Counsel direct all future service and correspondence to Vincent P. France and remove Brett Taylor as counsel of record.

WHEREFORE, Defendants respectfully ask the Court to remove Brett Taylor as counsel of record and to reflect Vincent P. France as counsel of record for Defendants.

>
> Respectfully submitted,
> LESLIE RUTLEDGE
> Attorney General
>
> By: /s/ Vincent P. France
> Vincent P. France
> Ark Bar No. 2010063
> Assistant Attorney General
> Arkansas Attorney General's Office
> 323 Center Street, Suite 200
> Little Rock, AR 72201
> Phone: (501) 682-2007
> Fax:     (501) 682-2591
> *Attorneys for Defendants*

## Certificate of Service

I, Vincent P. France, hereby certify that on April 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I, Vincent P. France, hereby certify that on April 19, 2018, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Julius J. Larry, III
2615 West 12th St.
Little Rock, AR  72202

> /s/ Vincent P. France
> Vincent P. France