IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. JULIUS J. LARRY, III                                                                    PLAINTIFF

v.                          Case No. 4:18-cv-00116-KGB

STATE OF ARKANSAS, *et al.*,                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that all of the claims in this case are dismissed without prejudice.

So adjudged this the 3rd day of August, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge