## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN (Little Rock) DIVISION

DR. JULIUS J. LARRY III, Individually       §
And in his Official Capacity as Publisher –
The Little Rock Sun Community               §
 Newspaper; ANNIE MABEL ABRAMS;
REVEREND REGINALD J. HAMPTON;               §
MARTHA DIXON; DOROTHY
JEFFERSON; SHIRLEY D. LARRY                 §
individually and on behalf
Similarly-situated African Americans        §
Residing in the Southeast Quadrant of
the State of Arkansas

                                            §

PLAINTIFFS,

                                            §

VS.                                         §       CASE NUMBER:  4:18-cv-116-KGB

                                            §

STATE OF ARKANSAS; ASA
HUTCHINSON, in his Official
Capacity as Governor of the State of        §
Arkansas; LESLIE RUTLEDGE, in
her Official Capacity as Attorney           §
General of the State of Arkansas; MARK
MARTIN, in his Official Capacity as         §
Arkansas Secretary of State and the
Arkansas Legislature, in their Official
 Capacities                                 §

DEFENDANTS.

**PLAINTIFF DR. JULIUS J. LARRY III'S NOTICE OF APPEAL TO THE UNITED
STATES SUPREME COURT FROM ORDER OF THREE JUDGE PANEL ON ALL
ISSUES**

1

**TO THE HONORABLE COURT:**

**COMES NOW,** Plaintiff, Dr. Julius J. Larry III, Pro Se; individually and on behalf of all other similarly situated African Americans, Hispanics and other minorities who are registered voters and residents of Arkansas and reside in the counties included in Plaintiffs' Proposed **majority-minority coalition district (new CD1),** and files this **Notice of Appeal to the United States Supreme Court on all issues raised by Judgment of the Three Judge Panel, entered August 3, 2018.**

**Party taking Appeal – Dr. Julius J. Larry III – Pro Se**

**From Judgment of the Three Judge Panel**

**Dated – August 3, 2018 pursuant to 28 U.S.C. §1253**

Respectfully submitted,

Julius J. Larry III – Pro Se
2615 West 12th Street
Little Rock, AR 72202
(832) 384-6908
dr.juliusjlarry@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF DR. JULIUS J. LARRY III'S NOTICE OF APPEAL TO THE UNITED STATES SUPREME COURT FROM ORDER OF THREE JUDGE PANEL ON ALL ISSUES** has been served on defendants, by and through their attorneys of record on this 20th day of August, 2018, by certified mail, return receipt requested and addressed to:

Vincent P. France
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2007
Fax: (501) 682-2591
*Attorney for State of Arkansas,*
*Arkansas Legislature, Asa Hutchinson,*
*and Leslie Rutledge*

A.J. Kelly
General Counsel and
Deputy Secretary of State
P.O. Box 251570
Little Rock, AR 72225-1570
(501) 682-3401
Fax: (501) 682-1213
*Attorney for Secretary of State*

Michael J. Fincher
Assistant Secretary of State
500 Woodlane Drive – Suite 256
Little Rock, AR 72201

Julius J. Larry III – Pro Se

3