FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 8 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DR. JULIUS J. LARRY, III                                     PLAINTIFF

v.                           No. 4:18CV00116 KGB

STATE OF ARKANSAS, *et al*                                   DEFENDANTS

**SUBMITTED FOR FILING UNDER SEAL**

## PART II OF STATE DEFENDANT'S RESPONSE
## IN OPPOSITION TO MOTION TO RECONSIDER

Defendants, the State of Arkansas, Asa Hutchison in his official capacity as the Governor of the State of Arkansas, Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas, Jeremy Gillam in his official capacity as a member of the House of Representatives for the State of Arkansas, and the Arkansas Legislature (collectively, "State Defendants"), through counsel, state for Part II of their response, submitted for filing under seal, as follows:

Part I of the State Defendant's response set forth sufficient reasons why this Court should deny Larry's motion to reconsider. As independent grounds for denying the motion, Larry is neither validly registered nor eligible to vote—meaning that he could not meet his burden to show a legally-cognizable injury caused by *any* voting district in Arkansas.

### BACKGROUND

On December 17, 1997, a jury for the District Court of Harris County, Texas, convicted Larry of first-degree theft. Exh. A (Judgment and Judgment Addendum). The jury sentenced Larry to 19 years' imprisonment and a $10,000.00 fine. *See id.* Larry was also ordered to pay $529,309.37 in restitution to GAF Materials Corporation. *See id.* Larry timely appealed his conviction, and the Court of Appeals for the First District of Texas

1

affirmed the conviction. *Larry v. State*, Case No. 01-97-01435-CR, 1999 WL 144069, at *1 (Tex. App. Mar. 18, 1999). On information and belief, Larry was released from prison in 2005.

On October 22, 2007, Larry filed a second appeal of his conviction, challenging the trial court's restitution award and arguing that his conviction was invalid because (he alleged) the oath of office of the judge presiding over his case had expired. *See Larry v. State*, Case No. 01-08-00104-CR, 2008 WL 3522264, at *1 (Tex. App. Aug. 7, 2008). The court dismissed Larry's appeal for lack of jurisdiction, ruling that the exclusive means to challenge a final felony conviction is by writ of habeas corpus to the Texas Court of Criminal Appeals. *Id.* Larry filed an application for a writ of habeas corpus, and the Texas Court of Criminal Appeals denied relief, finding his challenge to the order of restitution to be without merit. *Ex parte Larry*, Case No. WR-48,308-06, 2010 WL 2126709, at *1 (Tex. Crim. App. May 26, 2010) (per curiam). Larry also unsuccessfully petitioned for federal habeas relief. *Larry v. Dretke*, 361 F.3d at 898.

Larry has not paid the restitution he was ordered to pay to GAF Materials Corporation. Exh. B (Affidavit of James T. Esposito). As of August 1, 2018, Larry has paid only $5,100 of the $529,309.37. Exh. B.

## STANDARD OF REVIEW

"Standing is a component of subject matter jurisdiction that may be challenged at any time during the proceeding." *In re Steward*, 828 F.3d 672, 680 n.6 (8th Cir. 2016); Fed. R. Civ. P. 12(h)(3). A standing argument implicates Rule 12(b)(1). *Faibisch v. University of Minn.*, 304 F.3d 797, 801 (8th Cir. 2002). "Because at issue in a factual 12(b)(1) motion is the trial court's jurisdiction—its very power to hear the case—there is substantial authority

that the trial court is free to weigh the evidence and satisfy itself as to the existence of its power to hear the case." *Osborn v. United States*, 918 F.2d 724, 730 (8th Cir. 1990) (holding that a district court has power to decide disputed factual issues in a 12(b)(1) motion); *see Drevlow v. Lutheran Church, Missouri Synod*, 991 F.2d 468, 470 (8th Cir. 1993) (district court has authority to consider matters outside the pleadings on a 12(b)(1) motion, and a court may adjudicate material facts in the process of determining its jurisdiction). A district court has broader power to decide its own right to hear a case than it does when it reaches the merits of the case itself. *Id.* at 729. "In short, no presumptive truthfulness attaches to the plaintiff's allegations, and the existence of disputed material facts will not preclude the trial court from evaluating for itself the merits of jurisdictional claims. Moreover, the plaintiff will have the burden of proof that jurisdiction does in fact exist." *Id.*

## ARGUMENT

Larry lacks standing to bring this action because he is neither validly registered nor eligible to vote.

**I.    Even if Larry could persuade this Court to reconsider, Larry still could not show injury because he is neither validly registered nor eligible to vote in Arkansas.**

Even if Larry's motion could hypothetically persuade this Court to reconsider its dismissal, this Court should still deny the motion because Larry is neither validly registered nor eligible to vote in Arkansas. As such, he could not show an injury-in-fact. *See Farrakhan v. Locke*, 987 F. Supp. 1304, 1313 n.6 (E.D. Wash. 1997) ("Plaintiffs . . . do not have standing to assert that their votes have been diluted since they are not registered to vote."); *Perry-Bey v. City of Norfolk, Va.*, 678 F. Supp. 2d 348, 364 (E.D. Va. Jan. 15, 2009) (plaintiff lacked standing to bring a dilution claims where she failed to allege that she is a registered voter); *Williams v. Bolivar Cty.*, Case No. 204CV282-D-A, 2007 WL 313840, at *3 (N.D.

3

Miss. Jan. 30, 2007) (plaintiff who was not registered to vote did not suffer a concrete and particularized injury); *Chen v. City of Houston*, 9 F. Supp. 2d 745, 750 (S.D. Tex. 1998) (plaintiffs who were not registered to vote did not suffer actual injuries).

**A.    *Larry is not validly registered to vote in Arkansas.***

Larry is not validly registered to vote in Arkansas because he untruthfully represented on his Arkansas voter registration application that he had never been convicted of a felony without his sentence being discharged or pardoned. No person is permitted to vote in any Arkansas election unless he is registered to vote in a manner provided for by Amendment 51 to the Arkansas constitution. Ark. Const. amend. 51 § 3. Section 6 to Amendment 51 provides that a voter-registration application shall include, among other things, the question, "Have you ever been convicted of a felony without your sentence having been discharged or pardoned?" Ark. Const. amend. 51 § 6(a)(6)(D). The applicant must check a box answering "yes" or "no" in response. Ark. Const. amend. 51 § 6(a)(6). The application is to include a statement, "If you checked 'Yes' in response to [this question], do not complete this form." Ark. Const. amend. 51 § 6(a)(7)(B). Finally, the application must include an attestation that the applicant meets each eligibility requirement. Ark. Const. amend. 51 § 6(b)(1)(F).

On September 12, 2017, Larry completed an Arkansas Voter Registration Application. *See* Exh. C (voter registration application). In response to the question of whether he had ever been convicted of a felony without his sentence being discharged or pardoned, Larry untruthfully marked the box for "Yes". *See id.* Larry signed his name, attesting that all information he had provided was true to the best of his knowledge. *See id.*

4

But Larry has been convicted of a felony, and his sentence has not been fully discharged. Larry has more than a half-million dollars in restitution outstanding. Exh. A; Exh. B. Therefore, Larry is not validly registered to vote in a manner provided for by Amendment 51 to the Arkansas constitution, and he lacks standing to bring this action. Ark. Const. amend. 51 § 3. This Court should deny Larry's motion for reconsideration.

### B.    Larry is ineligible to vote in Arkansas.

Larry also lacks standing because—regardless of his untruthful representation on his voter application—he is not eligible to vote in Arkansas. A convicted felon may not register to vote unless his sentence has been fully discharged or he has been pardoned. Ark. Const. amend. 51 § 9(a)(1). A convicted felon has an affirmative duty to provide the county clerk with proof that he "has been discharged from probation or parole, has paid all probation or parole fees, or has satisfied all terms of imprisonment, and paid all applicable court costs, fines, or restitution." Ark. Const. amend. 51 § 11(d)(2)(A). He may be deemed eligible to vote only upon complying with this requirement. Ark. Const. amend. 51 § 11(d)(2)(C).

Again, Larry has been convicted of a felony, but he cannot meet his burden of showing proof that he has paid all court costs, fines, and restitution associated with his felony conviction, and that he has provided such proof to the Pulaski County clerk. Larry is not eligible to vote, and he lacks standing to bring this action. Therefore, this Court should deny his motion to reconsider.

### CONCLUSION

In addition to the grounds set forth in this Court's order of dismissal and Part I of the State Defendants' response, the Court should deny Larry's motion to reconsider because he is a convicted felon with a half-million dollar undischarged restitution obligation that is

unlikely to be discharged anytime soon.   He is neither validly registered nor eligible to vote—meaning that he could not meet his burden of showing a legally-cognizable injury.

Therefore, the State Defendants respectfully request that the Court deny Larry's motion to reconsider.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General of Arkansas

By:  _____
Vincent P. France (2010063)
 Assistant Attorney General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:     (501) 682-1314
Fax:    (501) 682-2591
Email: Vincent.France@ArkansasAG.gov

*Attorneys for the State Defendants*

## CERTIFICATE OF SERVICE

I, Vincent P. France, hereby certify that on August 27, 2018, I conventionally filed the foregoing and mailed copies by U.S. Postal Service to the following parties:

Julius J. Larry, III
2615 West 12th St.
Little Rock, AR  72202

and

A.J. Kelly
Deputy Secretary of State
P.O. Box 251570
Little Rock, AR 72225-1570

_____
Vincent P. France

P3

NO. _749955_

THE STATE OF TEXAS                                    IN THE _262_ DISTRICT
VS.
                                                      COURT OF HARRIS COUNTY, TEXAS

_Julius James Larry III_                              Change of Venue From: _____

**JUDGMENT ON JURY VERDICT OF GUILTY – PUNISHMENT FIXED BY COURT OR JURY**

Judge Presiding: _Sam Robertson_            Date of Judgment: _12-17-1997_

Attorney                                    Attorney          _Julius James_      [ ] Waived
for State: _Bill Moore_                     for Defendant:    _Larry III_          Counsel

Offense: _Theft_

Degree: _1st_                    Date Offense      _10-15-1996 thru_
                                 Committed:        _11-29-1996_

Charging                                            Plea:    _not_          Costs: _156.50_
Instrument: (Indictment) Information                        _guilty_

Jury Verdict: _guilty_                              Foreman: _Sudheer Chand_
              (Circle appropriate selection – N/A = not available or not applicable)

Plea to Enhancement                         Findings on
Paragraph(s):  True ¦ Not True  (N/A)       Enhancement:  True ¦ Not True  (N/A)

Affirmative Findings: (Circle appropriate selection – N/A = not available or not applicable)
DEADLY WEAPON: Yes ¦No (N/A)   FAMILY VIOLENCE: Yes ¦No¦ N/A    HATE CRIME: Yes ¦No (N/A)

Date Sentence _12-18-1997_  Date to        _12-18-1997_  Punishment
Imposed:                    Commence:                    Assessed by:  Court (Jury)

Punishment and              _19 years_
Place of Confinement: Institutional/~~State Jail Division~~          /Fine: $_10,000.00_

Time Credited: _252 days_        Total Amount of
                                 Restitution/Reparation/Reward: _____

Concurrent Unless Otherwise Specified: _____    Restitution/Reward to be Paid to:
                                                  Name: _____
                                                  Address: _____

Statement of Amount of Payment(s) required/Terms of Amount: _____

          This cause being called for trial, the State appeared by the above named attorney, and the defendant appeared in person in open court, the above named counsel for Defendant also being present, or where a Defendant is not represented by counsel, the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above, and the said Defendant having been duly arraigned and it appearing to the Court that Defendant was mentally competent and having pleaded as shown above to the charging instrument, both parties announced ready for trial and thereupon a jury, to-wit, the above named foreman and eleven others was duly selected, impaneled, and sworn, the jury having heard the charging instrument read and the Defendant's plea thereto and having heard the evidence submitted and having been duly charged by the Court, retired in charge of the proper officer to consider the verdict, and afterward were brought into Court by the proper officer, the Defendant and defendant's counsel, if any, being present, and returned into open court the verdict set forth above, which was received by the Court and is here now entered upon the minutes of the Court as shown above.

          The Defendant having previously elected to have punishment assessed as indicated above.  And when Defendant is shown above to have elected to have the jury assess punishment, such jury was called back into the box and heard evidence relative to the question of punishment and having been duly charged by the Court; they retired to consider such question and after having deliberated they returned into Court the verdict shown under punishment above; and when Defendant is shown above to have elected to have punishment fixed by the Court, in due form of law further evidence was heard by the Court relative to the question of punishment and the Court fixed punishment of the Defendant as shown above.

          IT IS, THEREFORE, CONSIDERED, AND ORDERED by the Court, in the presence of the Defendant, that the said judgment be and the same is hereby in all things approved and confirmed, and that the Defendant is adjudged guilty of the offense set forth above as found by the verdict of the jury, and said Defendant be punished in accordance with the Jury verdict or the Court's finding, as shown above and that the Defendant is sentenced to a term of confinement or fine or both, as indicated above, and that the said Defendant be delivered by the Sheriff to the Director of the Institutional or State Jail Division, Texas Department of Criminal Justice, as indicated above, or other person legally authorized to receive such convicts for the punishment assessed herein, and the said Defendant shall be confined for the above named term in accordance with the provisions of law governing such punishments and execution may issue as necessary.  Further, the court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of Art. 42.12, Sec. 9, Code of Criminal Procedure.

          The said Defendant was remanded to jail until said Sheriff can obey the directions of this judgment.



Plea Before Jury – Court/Jury Assessing Punishment
CRM-4  R08-12-94                    —1—

** TO BE COMPLETED ONLY WHEN IMPOSITION OF SENTENCE SUSPENDED AND DEFENDANT GRANTED COMMUNITY SUPERVISION.

[ ] On this the _____ day of _____, 19_____ imposition of this sentence is suspended and defendant is placed on community supervision for _____ years pending his abiding by and not violating the terms and conditions of community supervision.

Clerk of the court furnished the probationer with a copy of the terms and conditions of community service.

*Larry*

```
              B I L L   O F   C O S T S

Payment Type:_____ (S, I, D, M or L:)  (NOTE:  If "I" or "D" see attached order)
Jail Time: _____ __ H/D/M/Y  CC: Y/N ___  Y=Yes N=No (jail/fine/cost concurrent)
Time Assessed TDCJ, (ID) Institutional/(SJ) State Jail;_____ : _____ Div:_____ D/M/Y
Jail Credit: _____ H/D/M/Y       Sentence to Begin Date: _____ ___
(HCJ/SJ)_____ as a Condition of Community Supervision: _____ __ H/D/M/Y
Additional Jail Credit: _____ H/D/M/Y
Payable on or Before: _____  PLO: _____  Reward SPN: _____  COC: _____
_____ Hours of Sentence to be Served by Performing Community Service
Defendant to Serve Sentence by Electronic Monitoring?  (Y or N): _____
NOTE TO SHERIFF:
```

| | | | | |
|---|---|---|---|---|
| Transcript at:_____ Pages........ | | Crime Stoppers Fee.......... | 2 | 00 |
| Serving Capias:_____/Summons:____ | | Jury Fee.................... | | |
| Summoning____Witness/Mileage.... | | CJPF....................... | 20 | 00 |
| Jury Fee......................... | | LEOSEF..................... | 1 | 50 |
| Taking:_____ Bonds.............. | | CVCF....................... | 45 | 00 |
| Commitment...................... | | DCLCF...................... | | |
| Release......................... | | JCTF....................... | 1 | 00 |
| Attachment...................... | | Video Fee.................. | | |
| Arrest W/O Warrant/Capias....... | | DWI Evaluation Fee......... | | |
| ---------------RECAPITULATION--------------------- | | Reward Repayment........... | | |
| Fine Amount..................... | | Security Fee............... | 5 | 00 |
| Miscellaneous Costs............. | | Records Preservation Fee... | 10 | 00 |
| Judicial Fund Fee............... | | ACCA....................... | | |
| Special Expense................. | | Financial Responsibility... | | |
| Trial Fee....................... | | PTR Fee.................... | | |
| District Attorney Fee........... | | Attorney Fee............... | | |
| Clerk's Fee..................... | 40 | 00 | Breath Alcohol Testing..... | | |
| Sheriff's Fees (Total)......... | | Rehabilitation Fund........ | | |
| Misdemeanor Costs............... | | Amount Probated/Waived..... | | |
| MAI Traffic Costs............... | | TOTAL AMOUNT OWED.......... | | |

Signed and entered this the **18** day of **December** A.D., 19 **97**.

Notice of Appeal: **12-18** 19 **97**    *Dan Roberts*
                                        PRESIDING JUDGE

Probation Expires: _____ 19___
**Affirmance**
Mandate Received: **2-4** 19 **2000**

After Mandate Received, Sentence to Begin Date is: *12-18-97 with 252 days credit*

(Check ONLY if Applicable)

[ ] Defendant to be placed in the "S.A.I.P." (Boot Camp) program in the Texas Department of Criminal Justice, Institutional Division pursuant to Art. 62.03 (c)-9 Revised Statutes/Article 42.12, Section 8, C.C.P.

Received on **18** day of **December**, A.D., 19 **97** at **13:30** o'clock **P** M.

Sheriff, Harris County, Texas

By: *JS Kubicek* Deputy
    0749955

Entered **4/99**
Verified *N/A*

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming.

Defendant's
Right Thumbprint

CRM-4  08-12-94   -2-

CAUSE NO. _7-9955_        COURT _262_

## JUDGMENT ADDENDUM
### (Mark appropriate selections below, if applicable)

☐ This sentence runs cumulative to cause no. _____, a _____ sentence for

_____ dated _____, in the _____ Court.

☐ Sexual Offender Registration required under Art. 6252.13.c.1 for this Defendant.  Age of Victim(s): _____

☐ Change of venue from _____ county.

☐ IT IS ORDERED by the Court that the victim, _____have and recover actual damages from the

Defendant in this cause in the amount of $_____.  IT IS FURTHER ORDERED by the Court that

the judgment here rendered shall bear interest at the rate of 10% from the date of this judgment, until paid.  All writs and

process for the enforcement and collection of this judgment or the costs of Court may issue as necessary.

☐ Restitution/Reparation/Reward: $ _529,309.31_ to be Paid to: _GAF Materials Corp._
Address: _c/o James Stone, 1361 Alps Rd, Wayne, NJ 07470_

Terms of Restitution/Reparation/Reward: _____

☐ The Court has established the sum of $_____ as expenses incurred by Harris County for EXTRADITION in
this case and finds that the parole board should require the Defendant to make restitution of that amount to Harris County as a
condition of parole.

☐ The Court has established the sum of $_____ as expenses incurred by Harris County for COURT
APPOINTED COUNSEL in this case and finds that the parole board should require Defendant to make restitution of that
amount to Harris County as a condition of parole.

The Court finds that the parole board should require the Defendant to make restitution in the amount of $_____

to be paid to _____ as a condition of parole.

☐ The Court recommends the Defendant be placed in the S.A.I.P. (State Boot Camp Program) in the Institutional Division, TDCJ
pursuant to Article 42.12, Section 8, C.C.P.

☐ The Defendant is ordered to voluntarily surrender to the Sheriff of Harris County on the date the sentence is to begin, as
indicated above, to be delivered by the Sheriff of Harris County, Texas immediately to the Director of the Institutional Division
or the State Jail Division, TDCJ, or any other person legally authorized to receive such convicts.

For Official Governmental Use Only - Do Not Disseminate to the Public: 55765892 - Page 3 of 3

CD-003  R05/1/96                                    Page  3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 29, 2018

Certified Document Number:        55765892 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DR. JULIUS J. LARRY, III                                              PLAINTIFF

v.                          CASE NO. 4:18-cv-116-KGB

STATE OF ARKANSAS, *et al*                                        DEFENDANTS

## AFFIDAVIT REGARDING THE RESTITUTION PAYMENTS OF JULIUS JAMES LARRY, III TO GAF

I, James T. Esposito, swear and attest under the penalty of perjury that I have personal knowledge of the following:

1.      I, James T. Esposito, am the Senior Vice President, Corporate Controller and Chief Accounting Officer for GAF Materials LLC, a successor company to GAF Materials Corp. ("GAF").

2.      In December 1997, Julius James Larry, III was ordered to pay restitution to GAF in the amount of $529,309.37 after he was found guilty of felony theft by a Texas jury.  The State of Texas v. Julius James Larry, III, 262 District Court of Harris County, Texas, Cause No. 749955.

3.      To date, the records of GAF show that Julius James Larry, III has paid $5,100 of the restitution owed to GAF.

4.      Accordingly, Julius James Larry, III has not fully paid and satisfied the restitution he owes to GAF and the balance of the restitution is still outstanding.

FURTHER AFFIANT SAYETH NOT

_____        ___08/01/2018___
Signature                                                          Date

_JAMES  T. ESPOSITO_
Printed Name

EXHIBIT
B

## **ACKNOWLEDGMENT**

STATE OF NEW JERSEY     )
                        )ss.
COUNTY OF MORRIS        )

On this day personally appeared before me, the undersigned, a Notary Public, within and for the state and county aforesaid, duly commissioned, qualified and acting, James T. Esposito, to me known to be the person executing the foregoing Affidavit and acknowledged to me that she has executed the same.

WITNESS my hand and official seal as such Notary Public, on this _1 ST_ day of August 2018.

_Barbara Latiano_
NOTARY PUBLIC

My Commission Expires:

_07/16/2020_

BARBARA LATIANO
NOTARY PUBLIC OF NEW JERSEY
ID # 50019451
My Commission Expires 7/16/2020

Page **2** of **2**

**PLEASE PRINT AND USE BLACK INK TO COMPLETE**    Rev. 7/12

# ARKANSAS VOTER REGISTRATION APPLICATION

Check all that apply:
- [X] This is a new registration.
- [ ] This is a name change.
- [ ] This is an address change.
- [ ] This is a party change.

Office Use Only

Assigned ID

**1** Mrs. Miss Ms. | Last Name: *Larry* | Jr. / Sr. / [X] III. / IV. | First Name: *Julius* | Middle Name: *James*

**2** Address Where You Live (See Section "C" Below) (Rural addresses must draw map.): *2615 W. 12th St.* | Apt. or Lot #: | City/Town: *Little Rock* | County: *Pulaski* | State: *AR* | Zip Code: *72202*

**3** Address Where You Receive Mail If Different From Above: *Same as above* | Apt. or Lot #: | City/Town: | County: | State: | Zip Code:

**4** Date of Birth: *11* Month / *24* Day / *1949* Year

**5** Home & Work Phone Numbers (Optional): (H) *832-384690B*

**6** Party Affiliation (Optional): *Black Republican*

**7** E-mail Address (Optional): *drjulieslarry@yahoo.com*

**8** Have you ever voted in a federal election in this State? [ ] Yes [X] No

Signature of elector - Please sign full name only.

**9**
ID Number - Check the applicable box and provide the appropriate number.
- [ ] Arkansas Driver's license number
- [X] If you do not have a driver's license provide the last 4 digits of social security number *7805*
- [ ] I have neither a driver's license nor social security number.

*Julius Larry III* (signature)

The information I have provided is true to the best of my knowledge. I do not claim the right to vote in another county or state. If I have provided false information, I may be subject to a fine of up to $10,000 and/or imprisonment of up to 10 years under state and federal laws.

**10**
(A) Are you a citizen of the United States of America and an Arkansas resident? [X] Yes [ ] No

(B) Will you be eighteen (18) years of age or older on or before election day? [X] Yes [ ] No

(C) Are you presently adjudged mentally incompetent by a court of competent jurisdiction? [ ] Yes [X] No

(D) Have you ever been convicted of a felony without your sentence having been discharged or pardoned? [ ] Yes [X] No

If you checked No in response to either questions A or B, do not complete this form.
If you checked Yes in response to either questions C or D, do not complete this form.

Date: *09* Month / *12* Day / *2017* Year

**11** If applicant is **unable to sign his/her name**, provide name, address and phone number of the person providing assistance.
Name: _____ Address: _____
City: _____ State: _____ Phone#: _____

---

**Please complete the sections below if:**
- You were previously registered in another county or state, or
- You wish to change the name or address on your current registration.

**MAIL REGISTRANTS: PLEASE SEE SECTION D.**

Agency Code (For Official Use Only)

**A** Mr. Mrs. Miss Ms. | Previous Last Name | Jr. / Sr. / II. III. IV. | First Name | Middle Name(s)

Date of Birth _____ Month / _____ Day / _____ Year

**B** Previous House Number and Street Name | Apt. or Lot # | City or Town | State | Zip Code

---

**If you live in a rural area but do not have a house or street number, or if you have no address, please show on the map where you live.**

**C**
- Write in the names of the crossroads (or streets) nearest where you live.
- Draw an "X" to show where you live.
- Use a dot to show any schools, churches, stores or other landmarks near where you live and write the name of the landmark.

Example

• Grocery Store
Woodchuck Road

Route #2

• Public School

NORTH ↑

X

---

**IDENTIFICATION REQUIREMENTS**

**D** **IMPORTANT:** If your voter registration application form is submitted by mail and you are registering for the first time, and you do not have a **valid Arkansas driver's license** number or **social security number**, in order to avoid the additional identification requirements upon voting for the first time you must submit with the mailed registration form: **(a)** a current and valid photo identification; or **(b)** a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.



EXHIBIT
C



Registrant Detail for Larry, Julius James   (60 : Pulaski)

Registrant ID: 4099133      ☐ Secure   ☑ Signature   ☐ Permanent Absentee

**Name**
Title: [   ▼]   Last: Larry   First: Julius   Middle: James   Suffix: 3rd ▼

**Address**   ⊙ Standard   ○ Non-Standard
Street No: 2615   Sfx:   Dir Prefix: W ▼   Street: 12th ▼   Type: St ▼   Dir Suffix: [   ▼]
Unit Type: [   ▼]   Unit No:   City: Little Rock ▼   State: AR   Zip: 72202 ▼ - [   ]   CR: [   ]
Clear   Military: ☐   Precinct Part: 117.01   Email: dr.juliuslarry@yahoo.com   ☐ Unlisted

**Registrant Data**
SSN:    - 7803   Pending : 9/12/2017
DL or ID#:
Date of Birth: 11/24/1949   68 yrs.   Gender: [   ▼]
Place of Birth:   Party: Republican ▼
Phone: 832 - 384 - 6908 ☐ Unlisted   Language: [   ▼]
Work: 501 - - K: ☐ Unlisted Race: [   ▼]

**Federal Data**
Reg Date: 9/12/2017   [   ]
Status: A ▼   Reason: [   ▼]
Source: County Clerk Walk-Ins - WAL1
How Reg: [   ▼]   ID Required: ☐
Assistance: [   ]
ID Exempt: ☐   Citizenship Verified? ☐

☑ Precinct | Additional | Addresses | Prev/Alt | Assistant | Voting History | ☑ Activity | ☑ Attachments | Early Voter | Notes

Precinct Part: 117.01   Precinct 117   117.01

**Districts**
Congressional Distri   Congressional Dist 002
Court of Appeals   Court of Appeals Dist 006
Judicial District   Judicial Dist 06
Judicial District Sub   Judicial Dist Subd6.1
Justice of the Peac   JP 06- Donna Massey
School District   Little Rock School District
School District Zon   Little Rock SZ 1
State Representativ   State Rep Dist 033
State Senate   State Senate Dist 030
Township   Big Rock Township
Wards   Little Rock WD 1

**Polling Places**
For Election: [   ▼]   ADA:

Default: Bullock Temple Church   ADA: Y
1513 S Park St
Little Rock, AR 72202



# STATE OF ARKANSAS

## SECRETARY OF STATE

I, Mark Martin, Secretary of State of the State of Arkansas, and as such, keeper of the official records of this office, do hereby certify that the following and hereto attached instrument of writing is a true and perfect copy of the

## Voter Registrant Detail and Voter Registration Application
## for
## Julius James Larry



**In Testimony Whereof,** I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 2nd Day of May, 2018.

Mark Martin
Secretary of State