IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. JULIUS J. LARRY, III                                               PLAINTIFF

v.                          Case No. 4:18-cv-00116-KGB

STATE OF ARKANSAS, *et al.*,                                        DEFENDANTS

## AMENDED JUDGMENT[1]

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that all of the claims in this case are dismissed without prejudice.

So adjudged this the 12th day of October, 2018.

                                                                    *Kristine G. Baker*
                                                                    Kristine G. Baker
                                                                    United States District Judge

---

[1] Amending the Court's Judgment entered on August 3, 2018 (Dkt. No. 47).