# Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2019

Clerk
United States District Court
   for the Eastern District of Arkansas
Richard Sheppard Arnold U. S. Courthouse
500 West Capitol Avenue
Little Rock, Arkansas 72201

     **Re:   Julius J. Larry, III**
        **v.  Arkansas, et al.,**
        **No. 18-433 (Your docket No.  4:18-cv-00116-KGB)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Hervé Bocage*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2019

Mr. Julius J. Larry III
2615 West 12th Street
Little Rock, Arkansas 72202

>       Re:   **Julius J. Larry, III**
>             **v.  Arkansas, et al.,**
>             **No. 18-433**

Dear Mr. Larry:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the Eastern District of Arkansas.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve Bocage*

Herve' Bocage
Judgments/Mandates Clerk

cc:     Clerk, United States District Court for the Eastern District of Arkansas
            (Your docket No. 4:18-cv-00116-KGB)
        All counsel of record

# Supreme Court of the United States

No.     18-433

**JULIUS J. LARRY, III,**

Appellant

v.

**ARKANSAS, ET AL.**

**ON APPEAL FROM** the United States District Court for the Eastern District of Arkansas.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

December 10, 2018

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States



**FW: Issuance of Official Judgment in Supreme Court Opinion  -- Julius J. Larry, III, Appellant v. Arkansas, et al., No. 18-433 (U. S. Dist. Ct. ED Arkansas, Dkt. No. 4:18-cv-00116-KGB)**

Herve Bocage    to: 'clerksoffice@ared.uscourts.gov'                    01/11/2019 09:17 AM

History:                        This message has been forwarded.

1 attachment



18-433 - Statement Jurisdiction - Appeal Dismissed - NO COSTS.pdf

**From:** Herve Bocage
**Sent:** Friday, January 11, 2019 10:11 AM
**To:** 'dr.juliusjlarry@yahoo.com'
**Subject:** Issuance of Official Judgment in Supreme Court Opinion -- Julius J. Larry, III, Appellant v. Arkansas, et al., No. 18-433 (U. S. Dist. Ct. ED Arkansas, Dkt. No. 4:18-cv-00116-KGB)

Attached is the **official judgment** of the Supreme Court of the United States in the above-entitled case, and **it will be mailed** by conventional mail to the Clerk, United States District Court for the Eastern District of Arkansas.   You may direct any questions or concerns to this email address or by calling Mr. Herve' Bocage at 202.479.3135.

Herve' Bocage
Judgments/Mandates Clerk
Supreme Court of the United States
202 479 3035